


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| HEATH ALLEN PAINE (01) | 4-20CR-182-0 |

## INDICTMENT

The Grand Jury charges:

### Count One
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about January 9, 2020, in the Fort Worth Division of the Northern District of Texas, defendant **Heath Allen Paine**, knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Glock, model 27, .40 caliber pistol, bearing serial number XDK096.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Heath Allen Paine** shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following: a Glock, model 27, .40 caliber pistol, bearing serial number XDK096, and any ammunition recovered with this weapon.

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
MARK NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
801 Cherry Street, Suite 1700
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile:    817-252-5455

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

HEATH ALLEN PAINE (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
1 Count
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORTH                                                          FOREPERSON

Filed in open court this 15th day of July, 2020.

**Warrant to Issue – Defendant in State Custody**

UNITED STATES MAGISTRATE JUDGE
Criminal Magistrate Number: 4:20-MJ-205-BJ