IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO.<br>4:20-CR-182 |
| HEATH ALLEN PAINE | § § § § | |

## STATUS REPORT ORDER

The criminal case cover sheet indicates the Defendant is not in state or federal custody. *See* ECF No. 4. The Court orders that by July 17, 2020, the Government file a report in this case as to the Defendant: (1) informing the Court of all information the Government has concerning the whereabouts of Defendant; (2) describing, by date and type of activity, all things the Government has done to cause this Defendant to be brought before the Court for disposition of this case; and (3) providing the Court the Government's recommendation relative to future handling and disposition of the case given Defendant is not in custody. Pursuant to this order, the Status Report shall be filed under seal.

**Signed this 15th day of July, 2020.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**