AO 442     (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Heath Allen Paine

**WARRANT FOR ARREST**

Case Number: 4:20-cr-182-O

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Heath Allen Paine__
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

Felon in Possession of Firearm

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

US Magistrate Judge J. Cureton          7/15/20          Fort Worth, Texas
                                         Date              Location

By: /s/ W. Barnes
    Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tarrant County

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/22/20 | Stephen Brenneman, ATF | [signature] |