UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUDGE: JEFFREY L. CURETON | |
| DEPUTY CLERK: E. MOORE | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 4 minutes |
| A.M. | P.M. | DATE: July 22, 2020 |

☐ DIST. CR. NO. 4:20-CR-182-O    Nancy Larson for

UNITED STATES OF AMERICA   §   MARK NICHOLS, AUSA

V.                          §

HEATH ALLEN PAINE          §   John Stickney, FPD ☐

DEFENDANT(S) NAME(S) AND NUMBER(S)   §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

■ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 7/20/2020  ☐ SURRENDER _____ ☐ RULE 5/32  ☑ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____   ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 2 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy