IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> HEATH ALLEN PAINE (01) | NO.  4:20-CR-182-O |

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on August 7, 2021 as shown by the Advertisement Certification Report attached as Exhibit A.

    Respectfully submitted,

    PRERAK SHAH
    ACTING UNITED STATES ATTORNEY

    */s/ Mark Nichols*
    MARK NICHOLS
    Assistant United States Attorney
    Texas State Bar No. 14997700
    801 Cherry Street, 1700
    Fort Worth, Texas 76102
    Telephone: 817-252-5200
    Facsimile:  817-252-5455

## **CERTIFICATE OF SERVICE**

I certify that on September 8, 2021, I filed this document with the Clerk of Court for the U.S. District Court, Northern District of Texas, via the ECF system.

                                                  */s/ Mark Nichols*
                                                  MARK NICHOLS
                                                  Assistant United States Attorney