IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:20-CR-182-O |
| HEATH ALLEN PAINE (01) | |

### FINAL ORDER OF FORFEITURE

Based on the United States' Unopposed Motion for a Final Order of Forfeiture, and good cause appearing, the Court GRANTS the motion, and FINDS:

In compliance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(A), the government has provided notice of the Preliminary Order of Forfeiture (Dkt. 32) by publishing notice of the order on an official government internet website for at least 30 consecutive days beginning on August 7, 2021 (Dkt. 42).

No persons or entities filed petitions claiming an interest in any of the property subject to the Court's Preliminary Order of Forfeiture.

The defendant has not appealed the judgment or the Court's Preliminary Order of Forfeiture and the time to do so has expired.

Accordingly, it is HEREBY ORDERED and ADJUDGED:

Pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c) all right, title, and interest in:

> A Glock, model 27, .40 caliber pistol, bearing serial number XDK096, including any ammunition, magazines, and/or accessories recovered with the firearm

is hereby forfeited to and vested in the United States of America.

**Final Order of Forfeiture – Page 1**

As provided in 21 U.S.C. § 853(n)(7), the United States of America has clear title to such property and may warrant good title to any subsequent purchaser or transferee.

The forfeited property shall be disposed of according to law and the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**SO ORDERED.**

Signed May 13, 2022.

_____
**REED O'CONNOR
UNITED STATES DISTRICT JUDGE**