**FILED**
March 6, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

2/28/23

Hi! My name is Heath allen Paine, I am requesting a copy of my plea aggreement and Docket Sheet!

please + God bless

Heath allen Paine -#6055-9177
Federal corrections institution
El Reno
P.O. Box 1500
El Reno, OK 73036

OKLAHOMA CITY OK 7~~
2 MAR 2022 PM 1 L

Clerk
United States District court
Northern District of texas
33 east twohig Room 262
San angelo, TX 76903

76903-645152



RECEIVED
MAR - 6 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS